IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WANDA HOLMES,

    Plaintiff,

vs.                                    CASE NO.: 1:04cv43-SPM/AK

ANTHONY J. PRINCIPI,
SECRETARY, DEPARTMENT
OF VETERAN AFFAIRS,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 73) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is hereby

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of sixty days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of February, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge